THOMAS RICARDO CARR,

    Plaintiff,

v.

Officer BUTLER,

    Defendant.

CIVIL ACTION NO.: CV611-079

## ORDER

Plaintiff sought to proceed *in forma pauperis* in this case brought pursuant to 42 U.S.C. § 1983. By Order dated June 24, 2011, Plaintiff was advised of the changes in procedures for filing and litigating prisoner civil rights suits brought about by the Prison Litigation Reform Act. Plaintiff was given until July 25, 2011, to notify the Court in writing as to whether, in light of the Prison Litigation Reform Act, he desired that his complaint be considered by the Court.

Plaintiff has failed to respond to that June 24, 2011, Order. Accordingly, as set forth in said Order, this action is **DISMISSED**, without prejudice.

**SO ORDERED**, this 16 day of Aug., 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)